IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
2:13cv34

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| ANGEL MEDICAL CENTER, INC., | ) ) ) | |
| Defendant. | ) ) | |

Pending before the Court is Plaintiff's Motion to Stay [# 3]. The Equal Employment Opportunity Commission ("EEOC") moves to stay these proceedings as a result of the shutdown of the operations of the Federal Government because the attorneys for the EEOC will be unable to work during the shutdown as a result of the Antideficiency Act. Upon a review of the record, and for good cause shown, the Court **GRANTS** the motion [# 3]. The Court **STAYS** these proceedings pending the restoration of appropriations.

Signed: October 1, 2013

Dennis L. Howell
United States Magistrate Judge