# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:13cv34

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ANGEL MEDICAL CENTER, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Motion to Intervene [# 5] filed by Susan Williams, who is represented by counsel. The Court **STRIKES** the Motion to Intervene [# 5] for failure to comply with the requirements of the Local Rules, which require the filing of a motion and a separate legal brief filed contemporaneously with the motion. LCvR 7.1(C).

Signed: October 25, 2013

Dennis L. Howell
United States Magistrate Judge