IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13cv34

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ORDER |
| ANGEL MEDICAL CENTER, INC., | ) ) ) ) |
| Defendant. | ) ) |

Pending before the Court is the Motion to Intervene [# 10]. Susan Williams moves to Intervene in this action and assert a claim against Defendant for wrongful discharge of her employment in violation of North Carolina law. Defendant did not file a response to the motion. The Court **GRANTS** the motion [# 10]. Intervenor Williams shall have ten (10) days from the entry of this Order to file her Complaint.

Signed: December 6, 2013

Dennis L. Howell
United States Magistrate Judge