IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13cv34

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | ORDER |
| ) | |
| ANGEL MEDICAL CENTER, INC., ) ) ) | |
| Defendant. ) ) | |

Pending before the Court is the Amended Motion to Intervene [# 15]. Previously, the Court granted a Motion to Intervene and gave Intervenor Susan Williams ten days to file a Complaint. (Order, Dec. 6, 2013.) Intervenor Williams then filed an Amended Motion to Intervene as a result of her failure to include a claim in the proposed complaint submitted with the first motion. Intervenor Williams then filed the Intervenor Complaint, which set forth the additional claim. Defendant has already filed its Answer to the Intervenor Complaint. Upon a review of the record and the Amended Motion to Intervene, the Court **GRANTS** *nunc pro tunc* the motion [# 15].

Signed: January 7, 2014

Dennis L. Howell
United States Magistrate Judge