THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:13-cv-00034-MR-DLH

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>and )<br>)<br>SUSAN WILLIAMS, )<br>)<br>Intervenor-Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ANGEL MEDICAL CENTER, INC. )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the mediator's report to the Court advising that this matter has been settled. [Doc. 26]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge