IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| and ) | 2:13-CV-00034-MR-DLH |
| ) | |
| SUSAN WILLIAMS, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| ANGEL MEDICAL CENTER, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff, the U.S. Equal Employment Opportunity Commission, Plaintiff-Intervenor, Susan Williams, and Defendant, Angel Medical Center, Inc., jointly move the Court to enter the attached proposed Consent Decree. In support of this motion, the parties state:

1. The parties have reached a settlement in this case.

2. The settlement agreement is memorialized in the proposed Consent Decree, with accompanying Exhibits, attached hereto for the Court's consideration.

3. In compliance with the Electronic Case Filing User's Manual (October 2011), a copy of the attached proposed Consent Decree will be submitted via CyberClerk, for the Court's consideration.

**WHEREFORE**, the parties respectfully request the Court enter the parties' proposed Consent Decree.

This 24th day of November, 2014.

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff** | **SUSAN WILLIAMS, Plaintiff-Intervenor** |
| | s/Stephan P. Agan |
| LYNETTE A. BARNES (NC Bar #19732)<br>Regional Attorney | STEPHAN P. AGAN (NC Bar 35763)<br>Email: stevea@hylerlopez.com |
| KARA GIBBON HADEN (NC Bar 26192)<br>Supervisory Trial Attorney | GEORGE B. HYLER, JR. (NC Bar 5682)<br>Email: george@hylerlopez.com<br>HYLER & LOPEZ, P.A.<br>38 Orange St. |
| s/Amy E.Garber | Asheville, NC 28801 |
| AMY E. GARBER (VA Bar 37336)<br>Senior Trial Attorney<br>Email: amy.garber@eeoc.gov | Telephone:   (828) 254-1070<br>Facsimile:   (828) 254-1071 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | **ATTORNEYS FOR PLAINTIFF-INTERVENOR** |
| 200 Granby Street, Suite 739<br>Norfolk, VA 23510 | |
| Telephone:   (757) 441-3134<br>Facsimile:   (757) 441-6720 | **ANGEL MEDICAL CENTER, INC., Defendant** |
| **ATTORNEYS FOR PLAINTIFF** | s/Jonathan Yarbrough |
| | JONATHAN YARBROUGH (NC Bar 21316)<br>CONSTANGY, BROOKS & SMITH, LLP<br>84 Peachtree Rd., Suite 230<br>Asheville, NC 28803<br>Telephone:   (828) 277-5137<br>Facsimile:    (828) 277-5138<br>Email: jyarbrough@constangy.com |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Joint Motion for Entry of Consent Decree* using the Court's CM/ECF filing system, which will provide notice of the filing of this document to the following counsel of record:

> Jonathan Yarbrough, Esq.
> CONSTANGY, BROOKS & SMITH, LLP
> Email: jyarbrough@constangy.com
> *Counsel for Defendant*

> Stephan P. Agan, Esq.
> HYLER & LOPEZ, PA
> Email: stevea@hylerlopez.com
> *Counsel for Plaintiff-Intervenor*

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**s/Amy E.Garber**
AMY E. GARBER (VA Bar 37336)
Senior Trial Attorney
Email: amy.garber@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
200 Granby Street, Suite 739
Norfolk, VA 23510
Telephone: (757) 441-3134
Facsimile: (757) 441-6720